### (November 23, 1976)

■ ASHOK B. DADLANI et al., Plaintiffs, v AGEIMPEX METAL CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. JAMAR INTERNATIONAL CORPORATION, Third-Party Defendant-Appellant, et al., Third-Party Defendants.—Order, Supreme Court, New York County, entered on February 23, 1976, unanimously affirmed on the opinion of Tyler, J., at Special Term, and that the respondents recover of the appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lynch, JJ.

■ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Respondent, v ADAM, MELDRUM & ANDERSON COMPANY, INC., Appellant.—Judgment, Supreme Court, New York County, entered on November 3, 1975, unanimously affirmed on opinion of Fein, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lynch, JJ.

■ EUGENE GERSHON, Respondent, v PETER G. BABONES, Appellant. EUGENE GERSHON, Respondent, v TOBACCO BROKERS, INC., Appellant.—Order, Supreme Court, New York County, entered on January 5, 1976, and judgment entered thereon on January 7, 1976, and order of said court entered on April 8, 1976, and order of said court, entered on March 18, 1976, unanimously affirmed for the reasons stated by Saypol, J., and Greenfield, J., at Special Term. Respondent shall recover of appellants $60 costs and disbursements of these appeals. Concur—Kupferman, J. P., Silverman, Capozzoli, Nunez and Yesawich, JJ.

■ INTERMODAL SYSTEMS LEASING, INC., Appellant, v VISUAL ELECTRONICS CORPORATION et al., Respondents.—Order, Supreme Court, New York County, entered on August 15, 1975, unanimously affirmed for the reasons stated by Helman, J., at Special Term. Defendant-respondent Visual Electronics Corporation shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Silverman, Capozzoli, Nunez and Yesawich, JJ.

■ UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, v COUNTY TRUST COMPANY, Appellant.—Order, Supreme Court, New York County, entered on January 29, 1976, unanimously affirmed for the reasons stated by Spiegel, J. at Special Term and that plaintiff-respondent recover of defendant-appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lynch, JJ.